## ALBERT CHANCE *v.* NORWALK FAST OIL, INC., ET AL.

The petition by the defendants Seymour Epstein, Morris Epstein and Richard Kosminoff for certification for appeal from the Appellate Court, 55 Conn. App. 272 (AC 18303), is denied.

*Christopher T. Coburn,* in support of the petition.

Decided November 30, 1999

## MARTIN TARTAGLINO *v.* DEPARTMENT OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 190 (AC 18568), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Paul S. Ranando,* in support of the petition.

*Matthew I. Levine,* assistant attorney general, in opposition.

Decided November 30, 1999